**SO ORDERED.**

**SIGNED April 20, 2022.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:  JASMINE PAULETTE EVANS                                         CASE NO: 18-51022

### ORDER OF DISMISSAL

On March 09, 2022, the Chapter 13 Trustee filed a Motion To Dismiss noticing the Motion for hearing on an if and only if basis. The Debtor(s) did not object to the Trustee's Motion or otherwise request a hearing . Accordingly,

**IT IS ORDERED** that the Debtor(s)' case is hereby dismissed;

**IT IS FURTHER ORDERED** that after the Trustee disburses any and all remaining funds in his possession , that the Debtor(s)' account be closed;

**IT IS FURTHER ORDERED** that any wage deduction Orders requiring Debtor(s)' employer to make payments to the Trustee are revoked and rescinded;

**IT IS FURTHER ORDERED** that the Automatic Stay under l1 U.S.C. Sec. 362(A) and, if applicable, I I U.S.C. Sec. 1301 is no longer in affect; and

**IT IS FURTHER ORDERED** that notice of this Order of Dismissal be sent to all creditors notifying them that the Chapter 13 case was dismissed, and that creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claim.

###

This order was prepared and is being submitted by:
Keith A. Rodriguez
Standing Chapter 13 Trustee
P O BOX 3445
LAFAYETTE, LA  70502-3445
(337)233-4413

# CERTIFICATE OF NOTICE

District/off: 0536-4                                     User: admin                                                    Page 1 of 2

Date Rcvd: Apr 20, 2022                               Form ID: pdf1                                       Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine Paulette Evans, 115 Sylvia Street, Lafayette, LA 70506-1721 |
| cr | + | PennyMac Loan Services, LLC,, Dean Morris, LLC, C/O Jason R. Smith, 1505 N. 19th Street, Monroe, LA 71201-4941 |
| 7709814 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 7780631 | + | Dean Morris, LLC, c/o Jason R. Smith, 1505 N. 19th Street, Monroe, LA 71201-4941 |
| 7698826 | + | GMC, 1930 Thoreau Drive North, Suite 100, Schaumburg, IL 60173-4179 |
| 7698827 | + | Lafayette Sheriff, Post Office Drawer 92590, Lafayette, LA 70509-2590 |
| 7698828 | | Medical Diagnostic Labratories, 2439 Kuser Road, Trenton, NJ 08690-3303 |
| 7709815 | | Ms. Alicia B. Cook, LAW OFFICES OF HERSCHEL C. ADCOCK, JR., P.O. Box 87379, Baton Rouge, Louisiana 70879-8379 |
| 7698831 | + | SWBC Mortgage, c/o Herschel Adcock, Jr., Post Office Box 87379, Baton Rouge, LA 70879-8379 |
| 7698830 | + | Southwest Collection Svcs, 292 Ridge Rd, Ste 11 LIC, Lafayette, LA 70506-7219 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: LDRBankruptcy.EBN@la.gov | Apr 20 2022 19:31:00 | Louisiana Department of Revenue and Taxation, Attn: Bankruptcy Division, P.O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Apr 20 2022 19:31:00 | State of Louisiana, Department of Labor, Delinquent Accounts Unit,UI Tech Support, 1001 North 23rd Street, Room 322, Baton Rouge, LA 70802-3338 |
| 7709814 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 20 2022 19:31:00 | Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 7698822 | + | Email/Text: bnc-capio@quantum3group.com | Apr 20 2022 19:31:00 | Capio Partners, 2222 Texoma Parkway, Suite 150, Sherman, TX 75090-2481 |
| 7698823 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2022 19:39:32 | Capital One Bank, Post Office Box 30281, Salt Lake City, UT 84130-0281 |
| 7729361 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2022 19:39:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 7698825 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 20 2022 19:31:00 | Convergent Outsourcing, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 7698824 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 20 2022 19:39:32 | Chase Card, Post Office Box 15298, Wilmington, DE 19850-5298 |
| 7698829 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 19:31:00 | Midland Credit Management, Post Office Box 51319, Los Angeles, CA 90051-5619 |
| 7737051 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 19:31:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 8153564 | | Email/PDF: ebnotices@pnmac.com | Apr 20 2022 19:39:30 | PennyMac Loan Services, LLC, 6101 Condor Dr., Moorpark, CA 93021-2602 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7775122 | + | Email/PDF: ebnotices@pnmac.com | Apr 20 2022 19:39:30 | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 7745315 | + | Email/Text: bncmail@w-legal.com | Apr 20 2022 19:31:00 | SYNCHRONY BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 7722892 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2022 19:39:26 | Womens & Childrens Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| cr | * | PennyMac Loan Services, LLC, 6101 Condor Dr., Moorpark, CA 93021-2602 |
| 8153565 | * | Ms. Alicia B. Cook, LAW OFFICES OF HERSCHEL C. ADCOCK, JR., P.O. Box 87379, Baton Rouge, Louisiana 70879-8379 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Herschel C. Adcock, Jr. | on behalf of Creditor PennyMac Loan Services LLC bknotices@hca.law |
| Herschel C. Adcock, Jr. | on behalf of Creditor Cenlar FSB bknotices@hca.law |
| Jason R. Smith | on behalf of Creditor PennyMac Loan Services LLC, jsmith@hpblaw.com, bkcourtemails@creditorlawyers.com |
| Keith A. Rodriguez | ecf@keithrodriguez.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| Thomas E. St. Germain | on behalf of Debtor Jasmine Paulette Evans ecf@weinlaw.com GermainTR72571@notify.bestcase.com;hrichard@ecf.courtdrive.com;tstgermain@ecf.courtdrive.com;atalhelm@ecf.courtdrive.com;svenable@ecf.courtdrive.com;bsonnier@ecf.courtdrive.com;receptionist1414@ecf.courtdrive.com |

TOTAL: 6